**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patricia CREPEAU, Defendant–
Appellant.**

No. 07–4817.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.
Decided: Jan. 23, 2008.

Patricia Crepeau, Appellant Pro Se. Ryan Brandon Bolling, Paul Anthony Embroski, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Crepeau appeals the district court's order affirming the magistrate judge's dismissal of her pending criminal charge with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Crepeau,* No. 1:07–cr–00242–LMB, 2007

plied to avoid ex post facto issues.

WL 2301541 (E.D.Va. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*